IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MATTHEW G. WYMAN, | ) | CASE NO.:   1:09 CV 1851 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | |
| | ) | |
| PARK VIEW FEDERAL SAVINGS BANK, et al., | ) | <u>JUDGMENT</u> |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to a Memorandum Opinion and Order of this Court, Plaintiff's Motion for Partial Summary Judgment on the issue of required use is DENIED.  (ECF # 10.)

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　*s/ Donald C. Nugent*
　　　　　　　　　　　　　　　　　　　　DONALD C. NUGENT
　　　　　　　　　　　　　　　　　　　　United States District Judge

DATED: <u>January 29, 2010</u>